IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02578-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

THOMAS WARREN RAY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Thomas Warren Ray, is incarcerated in the Garfield County Community Corrections Facility in Rifle, Colorado.   He submitted a Letter (ECF No. 1) to the Court in which he states that he is seeking unspecified injunctive relief.   A new civil rights action has been opened pursuant to 42 U.S.C. § 1983.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  _X_  is not submitted
(2)  ___  is not on correct form
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments

(7)  ___    is missing an original signature by the prisoner
(8)  ___    is not on proper form
(9)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_    other: Plaintiff may pay the $400.00 filing fee instead of submitting a § 1915 motion and affidavit

**Complaint, Petition or Application**:
(11) _X_    is not submitted
(12) ___    is not on proper form
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ___
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    names in caption do not match names in text
(17) ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___    other:

Mr. Ray should advise the Court in writing if he did not intend to initiate a civil action and if he wishes to dismiss this case voluntarily, without prejudice, pursuant to Fed. R. Civ. P. 41(a).   Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time, he shall cure the deficiencies designated above **within 30 days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall file a Prisoner Complaint and a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms in order to cure the deficiencies in this action.   It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff copies of the court-approved forms for filing a Prisoner Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within 30 days from the date of this Order** the action will be dismissed without further notice.

DATED November 25, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge